

The following constitutes the order of the court.
Signed February 8, 2017

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|                          | No. 12-42408  |
| In re                    | Chapter 13    |
|                          |               |
| Kevin Nicholas Coit,     |               |
|                          |               |
|         Debtor.          |               |

**MEMORANDUM RE: DEFICIENT MOTION**

On January 26, 2017, Debtor filed his *Appeal Letter to Judge* (doc. 47)(the "Letter"), which indicated that the Court's previously-docketed *Order Granting Motion for Relief From the Automatic Stay* (doc. 46) (the "Order") was not appropriate because the Court did not have all of the pertinent information necessary to reach its ruling. For the reasons stated below, the Court hereby declines to consider Debtor's Letter.

1. The Letter, although titled "Appeal Letter" can most accurately be described as a motion for reconsideration of the Order. The Court notes that the Letter did not properly address the reason why reconsideration of the Order would be adequate under the circumstances.

2. The Letter was not served on any party in interest.

**\*END OF MEMORANDUM\***

1

| | |
|---|---|
| 1 | |
| 2 | **COURT SERVICE LIST** |
| 3 | **Jake Cline** |
| 4 | Cline Law Group, LLP |
| | 1970 Broadway #550 |
| 5 | Oakland, CA 94612 |
| 6 | **Kevin Nicholas Coit** |
| 7 | 2600 Giant Rd HSE33 |
| | San Pablo, CA 94806 |
| 8 | |